RHONDA ROSKEN v. ALAN ROSKEN.

February 8, 1982.

Petition for certification denied.

RHONDA ROSKEN v. ALAN ROSKEN.

February 8, 1982.

Cross-petition for certification denied.

ESTATE OF EMERSON RICHARDS, DECEASED v. JOHN R. SPINA.

February 8, 1982.

Petition for certification denied.

FIRST PRESBYTERIAN CHURCH OF AVENEL v. STATE OF NEW JERSEY.

February 8, 1982.

Petition for certification denied.